In the Matter of CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO, et al., Respondents, v BROOKHAVEN-COMSEWOGUE UNION FREE SCHOOL DISTRICT, Appellant. [617 NYS2d 675] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Cannavo, J. (Appeal from Judgment of Supreme Court, Suffolk County, Cannavo, J.—Article 78.) Present—Pine, J. P., Lawton, Wesley, Doerr and Boehm, JJ.